UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATHERINE DESCHENE, INDIVIDUALLY AND AS LEGAL BENEFICIARY OF THE ESTATE OF EMMET DESCHENE AND DANIEL DESCHENE, INDIVIDUALLY AND AS LEGAL BENEFICIARY OF THE ESTATE OF EMMET DESCHENE  *Plaintiffs* | : : : : : : : : |
| v. | : :  C.A. No. 1:23-cv-216-MSM-PAS |
| BUTLER HOSPITAL, JOHN DOE, JANE DOE and JOHN DOE CORPORATION  *Defendants* | : : : : : |

## ORDER

This Honorable Court hereby grants plaintiff Katherine Deschene legal authority to sign authorizations for the release of medical records on behalf of the Estate of Emmet Deschene, and to otherwise designate Katherine Deschene as the authorized representative who may authorize the disclosure of confidential health care information of Emmet Deschene fka Emma Deschene pursuant to Rhode Island General Laws § 5-37.3-6 in this judicial proceeding.

**ENTER:**

1/5/2024
**Dated:**

**BY ORDER:**

*/s/ Mary S. McElroy*

*s/ Cassandra A. DeAngelis*
     DATED: January 5, 2024
_____
Paul F. Galamaga, Esq. (#5803)
Cassandra A. DeAngelis, Esq. (#8167)
Attorneys for the Defendant,
Butler Hospital
Ratcliffe Harten Galamaga, LLP
40 Westminster Street
7th Floor, Suite 700
Providence, RI 02903